**Motions Granted; Order filed January 24, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00172-CV
_____

### DR. JOEL JOSELEVITZ, Appellant

### V.

### CAROL ROANE, INDIVIDUALLY, AND COX MEDIA GROUP, Appellee

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-66926**

## ORDER

On December 11, 2018, this court issued an order abating the appeal because appellant indicated to this court that the parties were engaged in discussion to settle the issues on appeal.

On January 4, 2019 appellee Carol Roane filed a motion to reinstate the appeal because she is not engaged in settlement discussions with appellant. On January 22, 2019 appellee Cox Media Group filed a motion joining Roane's motion.

The motions are granted. Our order of December 11, 2018, is withdrawn. The appeal is reinstated. Appellant's reply brief is due within 15 days of the date of this order.

PER CURIAM